UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                           4:11-CR-00232-BRW

ANTHONY TYRONE DAVIS

## ORDER

Pending is Defendant's Motion for an Earlier Trial Date (Doc. No. 67). The Motion is GRANTED and the trial is now set to begin on Tuesday, August 21, 2012.

IT IS SO ORDERED this 16th day of May, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE