IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      4:11CR00232-01-BRW

ANTHONY TYRONE DAVIS

## ORDER

On the 19th day of March, 2013, the above entitled cause came on for trial to a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding.

At the conclusion of the evidence presented by the parties on March 20, 2013, the jury began its deliberations. After deliberating the jury announced to the Court, and to the parties, that they were deadlocked and unable to reach a verdict.

IT IS THEREFORE ORDERED AND ADJUDGED that a mistrial should be, and is, declared in this cause and the jury is discharged from further consideration.

IT IS FURTHER ORDERED that the case, if it is to be re-tried, will be scheduled for trial on Tuesday, April 23, 2013 at 9:00 a.m. The Government is to notify the Court by 5:00 PM, on Friday, March 29, 2013, if it intends to proceed with trial.

IT IS SO ORDERED this 21st day of March, 2013.

                                                   /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE