# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.                  4:11-CR-00232-BRW

ANTHONY DAVIS

## ORDER

Defendant's Motion to Amend Conditions of Pretrial Release (Doc. No. 180) is DENIED.

IT IS SO ORDERED this 17th day of May, 2013.

                                               /s/ Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE